IN THE SECOND DISTRICT COURT OF APPEAL, LAKELAND, FLORIDA

August 27, 2014

WILLIAM S. LANG, )
)
        Appellant, )
)
v. )      Case No. 2D13-1642
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

BY ORDER OF THE COURT:

Upon receipt of Appellant's response, received July 25, 2014, this court's order issued July 22, 2014, is vacated. The mandate issued July 22, 2014, is recalled. This court's opinion issued May 21, 2014, is withdrawn. Appellant's unconditional voluntary dismissal is granted, and this appeal is dismissed.

I HEREBY CERTIFY THE FOREGOING IS A
TRUE COPY OF THE ORIGINAL COURT ORDER.

JAMES BIRKHOLD, CLERK

Served:

Attorney General           William S. Lang           Ken Burke, Clerk

lb